USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __DEC 0 4 2019__

**LAW OFFICE OF**
**DONALD J. WEISS**
363 SEVENTH AVENUE
4TH FLOOR
NEW YORK, NEW YORK 10001
212-967-4440
DJWLAW@MINDSPRING.COM

December 3, 2019

Honorable George B. Daniels
United States Courthouse
500 Pearl Street Rm. 1310
New York, NY 10007

Re:     Mullins v. Zia Maria Little Italy, Inc. et al; Case #19CV5324

Dear Judge Daniels:

An initial pretrial conference is scheduled in this matter on December 17, 2019. The parties have been engaged in ongoing settlement discussions and are hopeful of resolving the matter without taking up the Court's time, however, as I will be away from December 9th until December 23rd, in the meantime the parties are jointly requesting that the initial conference be adjourned to January 7th or 8th. There have been two prior requests for adjournment, both of which were granted.

Thank you for your kind consideration in this matter.

Very truly yours,
Donald J. Weiss
Donald J. Weiss

SO ORDERED
The initial conference is adjourned from December 17, 2019 to January 7, 2020 at 9:30 a.m.

HON. GEORGE B. DANIELS