

# MKC
## LAW GROUP

WWW.MKCLAWGROUP.COM
LAW OFFICES OF MICHAEL K. CHONG, LLC

NEW YORK:
1250 BROADWAY, 36TH FL. STE. 300
NEW YORK, NEW YORK 10001
(212) 726-1104
FAX (212) 726-3104

FORT LEE:
2 EXECUTIVE DRIVE, STE. 240
FORT LEE, NEW JERSEY 07024
(201) 947-5200
FAX (201) 708-6676

HOBOKEN:
300 HUDSON STREET, STE. 10
HOBOKEN, NEW JERSEY 07024
(201) 708-6675
FAX (201) 708-6676

*Please Reply to: FORT LEE*

EMAIL: MKC@MKCLAWGROUP.COM

December 20, 2019

**SO ORDERED**

*Via ECF; Total Pages: 1*
Hon. George B. Daniels, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**DEC 3 0 2019**

The initial conference is
adjourned from January 7,
2020 to February 25, 2020 at
9:30 a.m.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

    Re:    Derrick Mullins v. Zia Maria Little Italy, Inc.
            Docket No.: 1:19-cv-05324-GBD

Dear Judge Daniels:

    This office represents Defendants in the above referenced matter. I respectfully request an adjournment of the Initial Pretrial Conference currently scheduled for Tuesday, January 7, 2020, at 9:30 a.m. I have a scheduled conference at that time which cannot be rescheduled.

    I have conferred with Plaintiff's counsel, and he consents to this rescheduling request. The parties submit February 24, 2020 for the Court's consideration for rescheduling. This is the fourth request for adjournment in this matter, the prior requests were granted.

    Thank you for your consideration and kind courtesies in addressing this matter.

                        Respectfully submitted,

                        *Michael K. Chong*

                        Michael K. Chong, Esq.

MKC/ll
cc: Donald J. Weiss, Esq. (via ECF)